| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-10611 / MBK**

Michaele Zitnick

Petition Filed Date: 01/23/2024
341 Hearing Date: 02/29/2024
Confirmation Date: 06/12/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/29/2024 | $988.00 | | 03/12/2024 | $988.00 | | 04/09/2024 | $1,000.00 | |
| 05/10/2024 | $988.00 | | 06/25/2024 | $988.00 | | 07/09/2024 | $1,021.00 | |
| 08/07/2024 | $1,021.00 | | 09/10/2024 | $1,021.00 | | 10/09/2024 | $1,021.00 | |
| 11/12/2024 | $1,021.00 | | 12/10/2024 | $1,021.00 | | | | |

**Total Receipts for the Period:  $11,078.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,099.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Michaele Zitnick | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeffrey E. Jenkins, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,365.00 | $3,365.00 | $0.00 |
| 1 | MIDFIRST BANK<br>»»  P/900 BURCLIFF ST/1ST MTG | Mortgage Arrears | $50,742.04 | $6,082.70 | $44,659.34 |

**Chapter 13 Case No. 24-10611 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,099.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $9,447.70 | Current Monthly Payment: | $1,021.00 |
| Paid to Trustee: | $782.86 | Arrearages: | ($988.00) |
| Funds on Hand: | $1,868.44 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

