UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Michaele Zitnick,

Debtor.

Case No.: 24-10611-MBK

Chapter: 13

Hearing Date: 10/08/2025

Judge: Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 900 Burcliff Street, Roebling, NJ (Docket # 27)

Date: 10/06/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*