Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 24-10611 / MBK**

Michaele Zitnick

Petition Filed Date: 01/23/2024
341 Hearing Date: 02/29/2024
Confirmation Date: 06/12/2024

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | $1,021.00 | | 02/12/2025 | $1,021.00 | | 03/10/2025 | $1,021.00 | |
| 04/09/2025 | $1,021.00 | | 05/09/2025 | $1,021.00 | | 06/10/2025 | $1,021.00 | |
| 07/11/2025 | $1,021.00 | | 08/12/2025 | $1,021.00 | | 09/16/2025 | $1,021.00 | |
| 10/09/2025 | $1,021.00 | | 11/07/2025 | $1,570.00 | | 12/09/2025 | $1,021.00 | |
| 01/12/2026 | $1,021.00 | | 02/09/2026 | $1,021.00 | | | | |

**Total Receipts for the Period:  $14,843.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $25,921.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Michaele Zitnick | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeffrey E. Jenkins, Esq. »» ATTY DISCLOSURE | Attorney Fees | $3,365.00 | $3,365.00 | $0.00 |
| 1 | MIDFIRST BANK »» P/900 BURCLIFF ST/1ST MTG | Mortgage Arrears | $50,742.04 | $18,220.62 | $32,521.42 |
| 2 | MIDFIRST BANK »» 900 BURCLIFF ST/ATTY FEES 10/23/25 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

**Chapter 13 Case No. 24-10611 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,921.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $22,134.62 | Current Monthly Payment: | $1,021.00 |
| Paid to Trustee: | $1,895.48 | Arrearages: | ($1,537.00) |
| Funds on Hand: | $1,890.90 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!
Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**

