UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jeffrey E. Jenkins Esq.
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

Order Filed on June 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Michaele Zitnick<br><br>Debtor(s) | Case No.: ___24-10611___<br><br>Chapter:         13<br><br>Judge:      ___MBK___ |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following page is **ORDERED**.

**DATED: June 9, 2026**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Jeffrey E. Jenkins _____, the applicant, is allowed a fee of $ _____ 990 _____ for services rendered and expenses in the amount of $_____ 6.38 _____ for a total of $_____ 996.38 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 1,056 _____ per month for _____ 32 _____ months to allow for payment of the above fee.

*rev.8/1/15*

2